# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0314

MAY 10, 2021

---

In Re:     Andrew D. Wetzel, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           472,552.

---

BEFORE:   McDONALD, HOLDRIDGE, AND LANIER, JJ.

   **WRIT DENIED.** The record of the St. Tammany Parish Clerk's
Office does not support relator's allegation that the district
court granted habeas relief regarding his request to lift the
parole hold.  Furthermore, the decision in **Ramos v. Louisiana**,
___ U.S. ___, 140 S.Ct. 1390, 1397, 206 L.Ed.2d 583 (2020), does
not apply retroactively; and thus, relator's sentence is not
illegal.  See La. Const. art. I, § 17; La. Code Crim. P. art.
782.  See also **State v. Copeland**, 52,742 (La. App. 2d Cir.
9/25/19), 280 So.3d 848, 867 (Copeland's offense was committed
on September 15, 2016, well before January 2019, so the
unanimous jury verdict law does not apply.)  Therefore, the
district court did not err by denying the Motion to Declare La.
Code Crim. P. art. 782(A) Unconstitutional or by denying the
Motion to Correct an Illegal Sentence.

                              JMM
                              GH
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT